**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HEZEKIAH ESAU BAKER,<br><br>    Plaintiff,<br><br>v.<br><br>CONSTITUENTS SERVICE DIVISION OF STATE OF NEVADA OFFICE OF THE ATTORNEY GENERAL, et al.,<br><br>    Defendants. | Case No. 2:21-cv-01332-GMN-NJK<br><br>**ORDER**<br><br>[Docket No. 1] |

Pending before the Court is Plaintiff's application for leave to proceed *in forma pauperis*, which is incomplete. Docket No. 1. Specifically, Plaintiff fails to fully respond to questions 1, 2, and 3 on the application. *Id.* at 1. As a result, the Court cannot determine whether Plaintiff qualifies to proceed *in forma pauperis*.

Accordingly, Plaintiff's application to proceed *in forma pauperis* is hereby **DENIED** without prejudice. Docket No. 1. The Court will retain Plaintiff's complaint, but will not file it until the matter of the filing fee is resolved. Docket No. 1-1. No later than August 16, 2021, Plaintiff must either make the necessary arrangements to pay the filing fee, accompanied by a copy of this order, or file a complete and accurate application to proceed *in forma pauperis*. The Clerk's Office is instructed to send Plaintiff a blank application form. Failure to timely comply with this order or submit a complete and accurate application to proceed *in forma pauperis* will result in a recommendation to the District Judge that this matter be dismissed without prejudice.

IT IS SO ORDERED.

Dated: July 15, 2021

_____
Nancy J. Koppe
United States Magistrate Judge