**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HEZEKIAH ESAU BAKER, | Case No.: 2:21-cv-01332-GMN-NJK |
| Plaintiff, | **ORDER** |
| v. | [Docket No. 27] |
| CONSTITUENTS SERVICE DIVISION OF STATE OF NEVADA OFFICE OF THE ATTORNEY GENERAL, et al., | |
| Defendants. | |

Pending before the Court is Plaintiff's motion for a copy of his third amended complaint and to seal the motion requesting the copy. Docket No. 27. The Court **GRANTS** Plaintiff's motion in part, as a one-time courtesy.[1] Plaintiff must retain copies of all documents he submits to the Court. The Court will not provide copies in the future. The Clerk's office is **INSTRUCTED** to send Plaintiff a copy of his third amended complaint. Docket No. 24. To the extent that Plaintiff seeks any other form of relief, this case has been closed since October 8, 2021. Docket No. 20. Even construing Plaintiff's filing liberally, *see Blaisdell v. Frappiea*, 729 F.3d 1237, 1241 (9th Cir. 2013), the Court cannot identify any specific relief sought by Plaintiff or legal grounds allowing the Court to grant other relief for a closed case such as this one.

IT IS SO ORDERED.

Dated: May 3, 2022

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] There is a strong presumption of public access to judicial records. *Kamakana v. City & County of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006). Plaintiff has provided conclusory assertions and not made any showing that this burden is overcome. *See Center for Auto Safety v. Chrysler Group, LLC*, 809 F.3d 1092, 1096-98 (9th Cir. 2016). Accordingly, the Court **DENIES** Plaintiff's request to seal the instant motion. The Clerk's Office is **INSTRUCTED** to unseal the motion at Docket No. 27.