# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| HEZEKIAH ESAU BAKER,<br><br>    Plaintiff,<br><br>v.<br><br>CONSTITUENT SERVICE DIVISION OF STATE OF NEVADA OFFICE OF THE ATTORENY GENERAL, et al.,<br><br>    Defendants. | Case No. 2:21-cv-01332-GMN-NJK<br><br>**Order**<br><br>[Docket No. 32] |

Pending before the Court is Plaintiff's motion to request true copies. Docket No. 32. Plaintiff has previously requested copies of documents from the Court. Docket No. 27. Though it granted that request, the Court warned Plaintiff that no further copies of documents would be provided. Docket No. 28. Accordingly, Plaintiff's motion for copies is **DENIED**. Docket No. 32.

IT IS SO ORDERED.

Dated: September 28, 2022

                                                                Nancy J. Koppe<br>                                                                United States Magistrate Judge